IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 5:07-cr-41-RS-AK

JEROME SESSIONS,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

This case is before the Court on Doc. 124, Defendant's motion for partial default judgment on his pending motion to vacate pursuant to § 2255. Defendant asserts that the Government has failed to respond to the § 2255 motion. Defendant is incorrect; the Government filed its response on January 14, 2010, in accordance with the Court's order extending the deadline to respond. See Docs. 120, 121.

It is therefore respectfully **RECOMMENDED** that the motion for partial default judgment, Doc. 124, be **DENIED**.

IN CHAMBERS this **20th** day of January, 2010.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**