IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                        CASE NO. 5:07cr41/RS

JEROME SESSIONS,

    Defendant.
_____/

## ORDER

Before me is The Magistrate Judge's Report and Recommendation (Doc. 126). Defendant has not filed objections.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Defendant's Motion For Partial Default Judgment (Doc. 124) is **denied**.

**ORDERED** on February 23, 2010.

                                           /S/ Richard Smoak
                                           **RICHARD SMOAK**
                                           **UNITED STATES DISTRICT JUDGE**